UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LAURIE CHADWICK )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>WELLPOINT INC and )<br>ANTHEM HEALTH PLANS OF )<br>MAINE INC, )<br>)<br>DEFENDANTS ) | CIVIL NO. 07-70-P-H |

### JUDGMENT

In accordance with the Order Granting the Joint Motion as to Stipulated Facts and for Entry of Final Judgment for Defendants, issued on September 30, 2009, by District Judge D. Brock Hornby;

JUDGMENT is hereby entered for the defendants, Wellpoint Inc and Anthem Health Plans of Maine Inc, and against the plaintiff, Laurie Chadwick.

Linda L. Jacobson
Clerk of Court


/s/ Melody Whitten
By: Melody Whitten
Deputy Clerk

Dated this 1st day of October 2009.